# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-0557
LT Case No. 2009-CA-059440

_____

SHONTE L. BUNCH, as Personal
Representative of the Estate
of Martorell Isasa Williams, Jr.,

    Appellant,

    v.

PILOT TRAVEL CENTER, LLC,
SSA DELAWARE, LLC, and
NORTHLAKE FOODS, INC. D/B/A
WAFFLE HOUSE, INC., D/B/A
WAFFLE HOUSE,

    Appellees.

_____

On appeal from the Circuit Court for Brevard County.
George Paulk, Judge.

Tyrone A. King, of King & Markman, P.A., Orlando, for
Appellant.

Edgardo Ferreyra and Laurette A. Balinsky, of Luks, Santaniello,
Petrillo, Cohen & Peterfriend, Orlando, for Appellees.

January 23, 2024

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., MAKAR, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____